# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MOISES CANSINO-ROMAN,<br><br>　　　　Defendant. | Case No.: 19-CR-3967-WQH<br><br>**ORDER AND JUDGMENT TO DISMISS INFORMATION WITHOUT PREJUDICE** |

　　Upon motion ECF No. 24 of the UNITED STATES OF AMERICA, and good cause appearing,

　　IT IS ORDERED that the Information in Criminal Case No. 19CR3967-WQH against defendant MOISES CANSINO-ROMAN be, and hereby is, dismissed without prejudice;

　　IT IS SO ORDERED.

Dated: October 23, 2019

　　　　　　　　　　　　　　　　*William Q. Hayes*
　　　　　　　　　　　　　　　　Hon. William Q. Hayes
　　　　　　　　　　　　　　　　United States District Court